hooked up? All right. We will now hear argument in United States v. Von Brown. And is the appellant ready to proceed? Yes, Your Honor. And is the appellee? Yes, Your Honor. Ready? All right. Fine. Thank you. Then we'll hear from the appellant. Each side has a total of 10 minutes. Thank you, Your Honors. I'll be very brief. This court was originally set for oral argument, and the government moved to have the case submitted on the briefs. And as the court is aware, the court denied the government's motion and ordered the parties to address the recent case cited by this court after the briefing was done, United States v. Smith. Having reviewed United States v. Smith, as well as the case that precedes it, the Quintana case, it appears to me as though Mr. Von Brown's argument is foreclosed by those two panel decisions. Recognizing that we cannot ask this panel to overrule other panels, and in particular, the Quintana case that deals with guidelines issues as Mr. Von Brown's case similarly deals with guideline issues, what we would ask the court to do is to do one of two things. One is to hold this case in abeyance pending the United States Supreme Court decisions. Booker, I'll back this up. It's a question we've all been waiting for with bated breath. Yes, yes, yes. Or on the other hand, I think the other alternative is to refer this case for en banc consideration. But having said that, I have no further argument. Thank you. Appreciate your forthrightness. Thank you. Does the appellee wish to add anything? Your Honor, very, very briefly, I do concur with the appellant that pursuant to the Quintana-Quintana case, the recent case of US v. Smith, which the parties were requested to address, I respectfully submit that those are completely against the appellant and from the appellee's arguments. Furthermore, I have previously submitted a letter with supplemental authority. And I respectfully just point to that. The First Circuit, the Third Circuit, the Sixth Circuit, and the Seventh Circuit are in agreement with the Smith case. And I respectfully submit that the appellant's arguments are contrary to case law and should be denied. OK, is there anything further? I have nothing further. If there's no further questions, I will submit on the submitted case law. I will rely on the submitted case law, Your Honor. All right, there don't appear to be any further questions. We will order the case submitted for decision. Thank you very much. I understand we have to set up for a video, so the court will take another recess. Thank you. Thank you.
judges: Schroeder, Graber, Fisher